PEOPLE v MURPHY.  Appeal from Calhoun, Ronald M. Ryan, J. Submitted Division 3 January 4, 1972, at Detroit.  (Docket No. 11562.)  Decided February 18, 1972.  Leave to appeal denied, 388 Mich 757.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Stanley Everett*, Prosecuting Attorney, and *Noel G. Petersen*, Acting Chief Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow*, State Appellate Defender, and *Martin Reisig*, Assistant Defender, for defendant.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION.  Defendant Frankie Murphy was found guilty by a jury of larceny in a building (MCLA 750.360; MSA 28.592), was sentenced to 2–1/2 to 4 years in prison, and now appeals.

Two of defendant's allegations of error were not properly preserved for appellate review.  Defendant's third allegation of error is without merit.

Affirmed.


PEOPLE v KELLY.  Appeal from Recorder's Court of Detroit, Joseph E. Maher, J.  Submitted Division 1 January 18, 1972, at Lansing.  (Docket No. 11596.)  Decided February 18, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Patricia J. Boyle*, Assistant Prosecuting Attorney, for the people.

*Thomas A. Neenan*, for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRONSON, JJ.

MEMORANDUM OPINION.  Defendant pleaded guilty to assault with intent to rob being armed.  MCLA 750.89; MSA 28.284.  He was sentenced to a term of 12 to 15 years in prison and he appeals.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Affirmed.